McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814-2322
Telephone: (916) 554-2700

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARRIE L. SHERROD,<br><br>    Plaintiff,<br><br>v.<br><br>JO ANNE B. BARNHART,<br>  Commissioner of<br>  Social Security,<br><br>    Defendant. | CASE NO. 2:02-CV-01930-PAN<br><br>STIPULATION AND [proposed]<br>ORDER EXTENDING DEFENDANT'S<br>TIME TO LODGE AND SERVE THE<br>ADMINISTRATIVE TRANSCRIPT |

　　　　IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, with the approval of the Court, that Defendant's time to lodge and serve the administrative transcript is hereby extended to September 19, 2005. Due to an inadvertent clerical oversight, the administrative transcript was not lodged or served when the answer was filed in July 2005.

　　　　The parties further stipulate that Plaintiff shall have 60 days from date of service of the administrative transcript to file her motion for summary judgment.

　　　　The parties further stipulate that counsel for Plaintiff will provide a facsimile of this

1

1  stipulation bearing counsel's signature for retention in Defendant's case file, and hereby
2  authorizes counsel for Defendant to file this document in PDF format under the latter's Electronic
3  Case Filing password, pursuant to Local Rule 7-131.

4
5  DATED: September 19, 2005          /s/ Joseph C. Fraulob
                                      Joseph C. Fraulob
6
                                      Attorney for Plaintiff
7
8  DATED: September 21, 2005          McGREGOR W. SCOTT
                                      United States Attorney
9
                                      By: /s/ Bobbie J. Montoya
10                                    BOBBIE J. MONTOYA
                                      Assistant U. S. Attorney
11
                                      Attorneys for Defendant

RE: CARRIE L. SHERROD v. JO ANNE B. BARNHART, Case No. 2:02-CV-01930-PAN, STIPULATION AND ORDER EXTENDING DEFENDANT'S TIME TO LODGE AND SERVE THE ADMINISTRATIVE TRANSCRIPT

McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814-2322
Telephone:  (916) 554-2700

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARRIE L. SHERROD,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JO ANNE B. BARNHART,<br>　Commissioner of<br>　Social Security,<br><br>　　　　　Defendant. | CASE NO. 2:02-CV-01930-PAN<br><br>[proposed] ORDER EXTENDING DEFENDANT'S TIME TO LODGE AND SERVE THE ADMINISTRATIVE TRANSCRIPT |

　　　Pursuant to the stipulation of the parties, electronically filed *September 19, 2005*, showing good cause for the requested  extension of Defendant's time to lodge and serve the administrative transcript, the request is hereby APPROVED.

　　　Defendant shall lodge and serve the administrative transcript on or before September 19, 2005.

　　　SO ORDERED.

　　　Dated:  September 21, 2005.

　　　　　　　　　　　　　　　　　　　 /s/ Peter A. Nowinski
　　　　　　　　　　　　　　　　　　　PETER A. NOWINSKI
　　　　　　　　　　　　　　　　　　　Magistrate Judge